IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Vickie Dyneece Burton, Debtor           Case No. 22-00588-KMS
                                                 Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

  prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Vickie Dyneece Burton            04-17-2025___
    Vickie Dyneece Burton              Date

/s/ Thomas C. Rollins, Jr.            04-17-2025___
Thomas C. Rollins, Jr., MS Bar No. 103469       Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

  On April 18, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                 /s/ Thomas C. Rollins, Jr._____
                 Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>VICKIE DYNEECE BURTON | CASE NO: 22-00588<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/18/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VICKIE DYNEECE BURTON

CASE NO: 22-00588

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/18/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/18/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-00588<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI APR 18 9-24-16 PST 2025 | SYNCHRONY BANK BY AIS INFOSOURCE  LP AS AGEN<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO  TX 79998-2238 | CAPITAL ONE BANK USA<br>PO BOX 30285<br>SALT LAKE CIT  UT 84130-0285 | CAVALRY PORTFOLIO SERV<br>500 SUMMIT LAKE DR<br>VALHALLA  NY 10595-2321 |
| CAVALRY PORTFOLIO SERV<br>PO BOX 27288<br>TEMPE  AZ 85285-7288 | CEDAR HILL NATIONAL BA<br>PO BOX 37902<br>CHARLOTTE  NC 28237-7902 | CITIBANK<br>701 EAST 60TH ST N<br>SIOUX FALLS  SD 57104-0432 |
| CITIBANKEXXON MOBILE<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 | HSBC BANK NEVADA<br>PO BOX 49311<br>SAN JOSE  CA 95161 |
| IRS<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| (P)MENDELSON LAW FIRM<br>PO BOX 17235<br>MEMPHIS TN 38187-0235 | PORTFOLIO RECOVERY ASS<br>120 CORPORATE BLVD<br>STE 100<br>NORFOLK  VA 23502-4952 | PORTFOLIO RECOVERY ASS<br>PO BOX 12903<br>NORFOLK  VA 23541-0903 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SOUTHERN FINANCIAL SYS<br>PO BOX 529<br>JACKSON  MS 39205-0529 | SYNCBNISSAN<br>PO BOX 965016<br>ORLANDO  FL 32896-5016 |
| SYNCHRONY BANK<br>BY AIS INFOSOURCE  LP AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | SYNCHRONY BANKSAMS<br>PO BOX 965005<br>ORLANDO  FL 32896-5005 | SYNCHRONY BANKTJX<br>PO BOX 965015<br>ORLANDO  FL 32896-5015 |
| TARGET<br>PO BOX 673<br>MINNEAPOLIS  MN 55440-0673 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| EXCLUDE | | EXCLUDE |
|---|---|---|
| (P)DAVID RAWLINGS | JENNIFER A CURRY CALVILLO | THOMAS CARL ROLLINS JR |
| ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE | THE ROLLINS LAW FIRM | THE ROLLINS LAW FIRM PLLC |
| PO BOX 566 | 702 W PINE ST | PO BOX 13767 |
| HATTIESBURG MS 39403-0566 | HATTIESBURG  MS 39401-3836 | JACKSON  MS 39236-3767 |

DEBTOR

VICKIE DYNEECE BURTON
197 BRUCE CV
MENDENHALL  MS 39114-4336